1
2
3
4
5
6
7
8
9
10
11        IN THE UNITED STATES DISTRICT COURT
12       FOR THE EASTERN DISTRICT OF CALIFORNIA
13    SCOTT N. JOHNSON
14    Plaintiff,                    Civ.S-05-2619 DFL PAN (JFM)
15    v.                            <u>ORDER RE DISPOSITION AFTER</u>
                                    <u>NOTIFICATION OF SETTLEMENT</u>
16    CREST CONTRACT CARPET,
      INC., et al
17
      Defendants.
18    _____/

19    The court has been advised by Scott N. Johnson, that this
20 action has been settled.  Therefore, it is not necessary that
21 the action remain upon the court's active calendar.
22    Accordingly, IT IS ORDERED:
23    1.  That counsel file settlement/dismissal documents, in
24 accordance with the provisions of Local Rule 16-160, no later
25 than August 23, 2006, and,
26    2.  That all hearing dates previously set in this matter

1

1  are vacated.

2       IT IS SO ORDERED.

3  Dated:  8/4/2006

                                      _____
                                      DAVID F. LEVI
                                      United States District Judge